To Whom it May Concern

8-15-14
11:00 am

Dear Director of St. Vincents' Hospital

14cv 470
13cv 5253
13cv 5254

My Name is Davon Howard Banks. I was currently released from Westchester County Dept. of Corrections on Aug 8, 2014 I spent 375 in the S.H.U. Which is Special Housing Unit in the "Old Jail" I came home Aug 4 2014 I was released to my apartment 235 S. Lexington ave 6N White Plains NY 10606 for some reason the next Aug 12, 2014 I was transferred 2 St. Vincent's hospital Do to my understanding I was Barred out of St Vincents Hospital for life Soo how did I end up in St. Vincents hospital with the denied me for life

I want to press charges on Maurice Frazier, Laura Lovell, White Plains Hospital /Dr. Stabinski and the whole St. Vincent Hospital please they are unlawfully imprison me I'm scared there going to kill me help

Davon Bumbu
Attorney Mayo Bartlett
Loren I. Glassman
Mr. Bartlett
(914) 234-3086
Loren Glassman
(914) 946-9225
8-15-14
11:00 am

Dear Your Honor                                8-15-14
    (VB)                                       11:50 am
    (KMK)
    (NSR)

This is Davon Howard Banks and I am writing this Letter Motion to appoint Mayo Bartlett & Loren Glassman as my counsel. My Address is know Longer Westchester County Dept of Corrections P.O. Box 10 Valhalla NY 10595

the New Address is
Young & Bartlett Bartlett
81 Main St.  Rm 118
White Plains NY 10603
(914) 224-3084

**St. Vincent's Hospital Westchester**
A Division of Saint Joseph's Medical Center
275 North Street, Harrison, NY 10528

WESTCHESTER
NY 105
18 AUG '14
PM 1 L

ZIP 10528
02 1W
0001378299 AUG 18 2014

U.S. POSTAGE » PITNEY BOWES
$ 000.48

US District Court
Southern District of New York
Pro Se Office
500 Pearl Street rm 230
New York NY 10007

RECEIVED
2014 AUG 20
PRO SE OFFICE
#10007